IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE MEDIA NETWORK, INC.,<br><br>Defendants. | C.A. No.<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Plaintiff Gannett Satellite Information Network, Inc., by and through its counsel, Fish & Richardson P.C., hereby disclose that:

Gannett Satellite Information Network, Inc. is a nongovernmental corporate party in the above-captioned action and is a wholly-owned subsidiary of Gannett Co., Inc. Gannett Co., Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: February 14, 2008                    FISH & RICHARDSON P.C.

By: /s/ William J. Marsden, Jr.
William J. Marsden, Jr. (#2247)
Timothy Devlin (#4241)
Susan M. Coletti (#4690)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607
Email: marsden@fr.com; tdevlin@fr.com; coletti@fr.com

Attorneys for Plaintiff
GANNETT SATELLITE INFORMATION NETWORK, INC.