AO 440 (Rev. 10/93) Summons in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK, INC., <br><br> Plaintiff, <br> v. <br> OFFICE MEDIA NETWORK, INC., <br><br> Defendant. | **SUMMONS IN A CIVIL CASE** <br><br> C.A. No. <br><br> 08 - 96 |

TO:  **OFFICE MEDIA NETWORK, INC.**
c/o Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William J. Marsden, Jr.
Timothy Devlin
Susan M. Coletti
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                   2/14/08
_____                    _____
Clerk                                             Date

_E. Thiekta_ (signature)
_____
(By) Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: 2/14/08 |
| NAME OF SERVER *(PRINT)* John Ritter | TITLE: Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with who the summons and complaint were left:

☐ Return unexecuted:

☒ Other *(specify)*: PERSONALLY SERVED OFFICE MEDIA NETWORK, INC by SERVING THE REGISTERED AGENT, THE CORPORATION TRUST CO, AT 1209 ORANGE ST, WILM DE 19801 AT 1:00 PM PERSON ACCEPTING: SCOTT LASCALA - SECTION HEAD

## STATEMENT OF SERVICE FEES

| TRAVEL: | SERVICES: | TOTAL: |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service of Service Fees is true and correct.

Executed on: 2/14/08
*Date*

Signature of Server

230 N Market St, Wilm DE 19801
*Address of Server*

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedures.