IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK, INC., | ) ) ) |
| Plaintiff, | ) ) C.A. No. 08-96-GMS |
| v. | ) ) **JURY TRIAL DEMANDED** |
| OFFICE MEDIA NETWORK, INC., | ) ) ) |
| Defendant. | ) |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Defendant Office Media Network, Inc.'s time to answer, move or otherwise respond to the Complaint in this action is extended to April 2, 2008. Defendant requests this extension because it has just recently retained counsel and needs additional time to investigate the facts before responding to the Complaint. This is the first extension requested by Defendant.

FISH & RICHARDSON P.C.                    POTTER ANDERSON & CORROON LLP

By: */s/ William J. Marsden, Jr.*                    By: */s/ Richard L. Horwitz*
    William J. Marsden, Jr. (#26247                    Richard L. Horwitz (#2246)
    Timothy Devlin (#4241)                    David E. Moore (#3983)
    Susan M. Coletti (#4690)                    Hercules Plaza, 6th Floor
    919 N. Market Street, Suite 1100                    1313 N. Market Street
    P.O. Box 1114                    P. O. Box 951
    Wilmington, DE 19899-1114                    Wilmington, DE 19899
    Tel: (302) 652-5070                    Tel: (302) 984-6000
    marsden@fr.com; tdevlin@fr.com                    rhorwitz@potteranderson.com
    coletti@fr.com                    dmoore@potteranderson.com

*Attorneys for Plaintiff*                    *Attorneys for Defendant*
*Gannett Satellite Information Network, Inc.*                    *Office Media Network, Inc.*

2

SO ORDERED, this _____day of _____, 2008.

_____
U.S.D.J.

852476 / 32763