IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GANNETT SATELLITE INFORMATION NETWORK, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 08-96-GMS |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| OFFICE MEDIA NETWORK, INC., | ) ) ) | |
| Defendant. | ) | |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Defendant's time to answer the Complaint in this action shall be extended by one week to April 9, 2008. Defendant requests this short extension because counsel need additional time to investigate the facts before filing their answer to the Complaint. This extension should not disrupt the schedule in the case, as there has been no initial conference with the Court and there is no Scheduling Order in place at this time.

| FISH & RICHARDSON P.C. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Timothy Devlin<br>William J. Marsden, Jr. (#26247)<br>Timothy Devlin (#4241)<br>Susan M. Coletti (#4690)<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>Tel: (302) 652-5070<br>marsden@fr.com; tdevlin@fr.com<br>coletti@fr.com | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P. O. Box 951<br>Wilmington, DE 19899<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| *Attorneys for Plaintiff*<br>*Gannett Satellite Information Network, Inc.* | *Attorneys for Defendant*<br>*Office Media Network, Inc.* |

SO ORDERED, this _____ day of _____, 2008.

_____
U.S.D.J.

858403 / 32763