IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK, | |
| Plaintiff, | |
| v. | C.A. No. 08-96-GMS |
| OFFICE MEDIA NETWORK, INC., | |
| Defendant. | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on April 22, 2008, true and correct copies of

**PLAINTIFF GANNETT SATELLITE INFORMATION NETWORK, INC.'S FIRST SET OF INTERROGATORIES TO DEFENDANT OFFICE MEDIA NETWORK, INC. (NOS. 1 – 16);**

**PLAINTIFF GANNETT SATELLITE INFORMATION NETWORK, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO OFFICE MEDIA NETWORK, INC. (NOS. 1 - 72); and**

**PLAINTIFF GANNETT SATELLITE INFORMATION, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT OFFICE MEDIA NETWORK, INC., (NOS. 1-32)**

were caused to be served on the attorneys of record via electronic mail:

Richard L. Horwitz                     *Attorneys for Defendant*
David E. Moore                         *Office Media Network, Inc.*
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Craig C. Martin                         *Attorneys for Defendant*
Steven R. Trybus                        *Office Media Network, Inc.*
Richard P. Campbell
Sara E. Tonnies
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
cmartin@jenner.com
strybus@jenner.com
rcampbell@jenner.com
stonnies@jenner.com


Dated:  April 22, 2008            FISH & RICHARDSON P.C.

                                  By:  */s/ Susan M. Coletti*
                                  _____
                                       William J. Marsden, Jr. (#2247)
                                       Timothy Devlin (#4241)
                                       Susan M. Coletti (#4690)
                                       919 N. Market Street, Suite 1100
                                       P.O. Box 1114
                                       Wilmington, DE 19899-1114
                                       Tel: (302) 652-5070
                                       marsden@fr.com
                                       tdevlin@fr.com
                                       coletti@fr.com

                                  Attorneys for Plaintiff
                                  GANNETT SATELLITE INFORMATION
                                  NETWORK, INC.

80058703.doc

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 22, 2008, I electronically filed with the Clerk of Court the

attached **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such

filing(s) to the following attorneys of record.  In addition, the filing will also be sent via

electronic mail.

Richard L. Horwitz                                      *Attorneys for Defendant*
David E. Moore                                          *Office Media Network, Inc.*
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com


Craig C. Martin                                         *Attorneys for Defendant*
Steven R. Trybus                                        *Office Media Network, Inc.*
Richard P. Campbell
Sara E. Tonnies
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
cmartin@jenner.com
strybus@jenner.com
rcampbell@jenner.com
stonnies@jenner.com


/s/ *Susan M. Coletti*
Susan M. Coletti


80058703.doc