IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICE MEDIA NETWORK, INC., )<br>)<br>Defendant. ) | C.A. No. 08-96-GMS<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned counsel for defendant Office Media Network, Inc. hereby certifies that true and correct copies of the following documents were caused to be served on April 22, 2008 upon the following attorneys of record as indicated below:

    OFFICE MEDIA NETWORK, INC.'S FIRST SET OF
    INTERROGATORIES

    OFFICE MEDIA NETWORK, INC.'S FIRST SET OF REQUESTS FOR
    THE PRODUCTION OF DOCUMENTS AND THINGS

    OFFICE MEDIA NETWORK, INC.'S FIRST SET OF REQUESTS FOR
    ADMISSIONS NOS. 1-11

**VIA ELECTRONIC MAIL**

William J. Marsden, Jr.
Timothy Devlin
Susan M. Coletti
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
marsden@fr.com
tdevlin@fr.com
coletti@fr.com

<div style="display: flex;">
<div>

OF COUNSEL:

Craig Martin
Richard P. Campbell
Steve R. Trybus
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
Tel: (312) 222-9350


Dated: April 22, 2008
861371 / 32763

</div>
<div>

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P. O. Box 951
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant*
*Office Media Network, Inc.*

</div>
</div>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 22, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 22, 2008, the attached document was Electronically Mailed to the following person(s):

William J. Marsden, Jr.
Timothy Devlin
Susan M. Coletti
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
marsden@fr.com
tdevlin@fr.com
coletti@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

859530 / 32763