IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>      Plaintiff,<br><br>    v.<br><br>OFFICE MEDIA NETWORK, INC.,<br><br>      Defendant. | C.A. No. 08-96-GMS |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on May 22, 2008, true and correct copies of

- **PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST SET OF INTERROGATORIES (NOS. 1-8),**

- **PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-27), and**

- **PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-11)**

were caused to be served on the following attorneys of record via electronic mail:

Richard L. Horwitz　　　　　　　*Attorneys for Defendant*
David E. Moore　　　　　　　　　*Office Media Network, Inc.*
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

| | |
|---|---|
| Craig C. Martin<br>Steven R. Trybus<br>Richard P. Campbell<br>Sara E. Tonnies<br>Jenner & Block LLP<br>330 N. Wabash Avenue<br>Chicago, IL 60611-7603<br>cmartin@jenner.com<br>strybus@jenner.com<br>rcampbell@jenner.com<br>stonnies@jenner.com | *Attorneys for Defendant*<br>*Office Media Network, Inc.* |
| Dated: May 22, 2008 | FISH & RICHARDSON P.C.<br><br>By: */s/ Susan M. Coletti*<br>William J. Marsden, Jr. (#2247)<br>Timothy Devlin (#4241)<br>Susan M. Coletti (#4690)<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>Tel: (302) 652-5070<br>marsden@fr.com<br>tdevlin@fr.com<br>coletti@fr.com<br><br>Attorneys for Plaintiff<br>GANNETT SATELLITE INFORMATION NETWORK, INC. |

80060983.doc

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2008, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following attorneys of record. In addition, the filing will also be sent via electronic mail.

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com                *Attorneys for Defendant*
                                         *Office Media Network, Inc.*

Craig C. Martin
Steven R. Trybus
Richard P. Campbell
Sara E. Tonnies
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
cmartin@jenner.com
strybus@jenner.com
rcampbell@jenner.com
stonnies@jenner.com


                          /s/ *Susan M. Coletti*
                          Susan M. Coletti

80060983.doc