IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK, INC., ) ) ) | |
| Plaintiff, ) | C.A. No. 08-96-GMS |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| OFFICE MEDIA NETWORK, INC., ) ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned counsel for defendant Office Media Network, Inc. hereby certifies that true and correct copies of the following documents were caused to be served on May 22, 2008 upon the following attorneys of record as indicated below:

> DEFENDANT OFFICE MEDIA NETWORK, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF GANNETT SATELLITE INFORMATION NETWORK, INC.'S FIRST SET OF INTERROGATORIES (NOS. 1-16)
>
> OFFICE MEDIA NETWORK, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF GANNETT SATELLITE INFORMATION NETWORK, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-72)
>
> DEFENDANT OFFICE MEDIA NETWORK, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF GANNETT SATELLITE INFORMATION NETWORK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS (NOS. 1-32)

**VIA ELECTRONIC MAIL**

William J. Marsden, Jr.
Timothy Devlin
Susan M. Coletti
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE  19899-1114
marsden@fr.com
tdevlin@fr.com
coletti@fr.com

|  | POTTER ANDERSON & CORROON LLP |
|---|---|
| OF COUNSEL: | By: /s/ David E. Moore |
|  | Richard L. Horwitz (#2246) |
| Craig C. Martin | David E. Moore (#3983) |
| Richard P. Campbell | Hercules Plaza, 6th Floor |
| Steve R. Trybus | 1313 N. Market Street |
| Sara E. Tonnies | P. O. Box 951 |
| JENNER & BLOCK LLP | Wilmington, DE 19899 |
| 330 N. Wabash Avenue | Tel: (302) 984-6000 |
| Chicago, IL 60611-7603 | rhorwitz@potteranderson.com |
| Tel: (312) 222-9350 | dmoore@potteranderson.com |

Dated: May 23, 2008

866050 / 32763

*Attorneys for Defendant*
*Office Media Network, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 23, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 23, 2008, the attached document was Electronically Mailed to the following person(s):

William J. Marsden, Jr.
Timothy Devlin
Susan M. Coletti
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
marsden@fr.com
tdevlin@fr.com
coletti@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

859530 / 32763