IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GANNETT SATELLITE INFORMATION NETWORK, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 08-96-GMS |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| OFFICE MEDIA NETWORK, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned counsel for defendant Office Media Network, Inc. hereby certifies that true and correct copies of the following documents were caused to be served on June 13, 2008 upon the following attorneys of record as indicated below:

> INITIAL DISCLOSURES OF DEFENDANT OFFICE MEDIA NETWORK, INC.

**VIA ELECTRONIC MAIL**

William J. Marsden, Jr.
Timothy Devlin
Susan M. Coletti
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114
marsden@fr.com
tdevlin@fr.com
coletti@fr.com

|  | POTTER ANDERSON & CORROON LLP |
|---|---|

OF COUNSEL:

Craig C. Martin
Richard P. Campbell
Steven R. Trybus
Sara E. Tonnies
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL  60611-7603
Tel:  (312) 222-9350

Dated:  June 13, 2008
869398 / 32763

By:  /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE  19899
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*Office Media Network, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on June 13, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 13, 2008, the attached document was Electronically Mailed to the following person(s):

William J. Marsden, Jr.
Timothy Devlin
Susan M. Coletti
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
marsden@fr.com
tdevlin@fr.com
coletti@fr.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

859530 / 32763