IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>       Plaintiff,<br><br>   v.<br><br>OFFICE MEDIA NETWORK, INC.,<br><br>       Defendant. | C.A. No. 08-96-GMS |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on June 13, 2008, true and correct copies of **PLAINTIFF GANNETT SATELLITE INFORMATION NETWORK, INC.'S INITIAL DISCLOSURES** were caused to be served on the following attorneys of record via electronic mail:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | *Attorneys for Defendant*<br>*Office Media Network, Inc.* |
| Craig C. Martin<br>Steven R. Trybus<br>Richard P. Campbell<br>Sara E. Tonnies<br>Jenner & Block LLP<br>330 N. Wabash Avenue<br>Chicago, IL 60611-7603<br>cmartin@jenner.com<br>strybus@jenner.com<br>rcampbell@jenner.com<br>stonnies@jenner.com | *Attorneys for Defendant*<br>*Office Media Network, Inc.* |

Dated: June 13, 2008                FISH & RICHARDSON P.C.

By: */s/ Susan M. Coletti*
William J. Marsden, Jr. (#2247)
Timothy Devlin (#4241)
Susan M. Coletti (#4690)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel: (302) 652-5070
marsden@fr.com
tdevlin@fr.com
coletti@fr.com

Attorneys for Plaintiff
GANNETT SATELLITE INFORMATION
NETWORK, INC.

80062071.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2008, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following attorneys of record. In addition, the filing will also be sent via electronic mail.

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com             *Attorneys for Defendant*
                                      *Office Media Network, Inc.*

Craig C. Martin
Steven R. Trybus
Richard P. Campbell
Sara E. Tonnies
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
cmartin@jenner.com
strybus@jenner.com
rcampbell@jenner.com
stonnies@jenner.com

                                      /s/ *Susan M. Coletti*
                                      Susan M. Coletti

80062071.doc