IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GANNETT SATELLITE INFORMATION NETWORK,<br><br>   Plaintiff,<br><br>  v.<br><br>OFFICE MEDIA NETWORK, INC., LAKE CAPITAL PARTNERS LP, LAKE CAPITAL PARTNERS II LP, and LAKE CAPITAL MANAGEMENT LLC,<br><br>   Defendant. | C.A. No. 08-96-GMS |

**STIPULATION AND ORDER OF DISMISSAL**

The Court being advised that the parties have settled and resolved their differences and have entered into an agreement setting out the terms and conditions of the settlement, having an effective date of January 28, 2010 ("January 28, 2010 Agreement"), and as part of such agreement have agreed to the dismissal of this case in accordance with the entry of this Order.

NOW, THEREFORE, upon the consent of the parties hereto, it is hereby ORDERED, ADJUDGED and DECREED that:

  1.  Pursuant to Federal Rule of Civil Procedure 41, the above-captioned matter is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

  2.  The parties submit to and the Court does hereby retain exclusive and continuing jurisdiction over this action for the purpose of enforcing the January 28, 2010 Agreement. Lake Capital Management LLC, however, preserves its pending objection to being subject to personal jurisdiction in Delaware.

| | |
|---|---|
| */s/ Susan M. Coletti* | */s/ Richard L. Horwitz* |
| William J. Marsden, Jr. (#2247) | Richard L. Horwitz (#2246) |
| Timothy Devlin (#4241) | David E. Moore (#3983) |
| Susan M. Coletti (#4690) | Hercules Plaza 6th Floor |
| Fish & Richardson P.C. | 1313 N. Market Street |
| 222 Delaware Avenue, 17th Floor | P.O. Box 951 |
| P.O. Box 1114 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | Tel: (302) 984-6000 |
| Tel: (302) 652-5070 | rhorwitz@potteranderson.com |
| marsden@fr.com | dmoore@potteranderson.com |
| tdevlin@fr.com | |
| coletti@fr.com | *Attorneys for Defendants* |
| | *Office Media Network Inc.* |
| *Attorneys for Plaintiff* | *Lake Capital Partners LP* |
| *Gannett Satellite Information Network* | *Lake Capital Partners II LP* |
| *Inc.* | *Lake Capital Management LLC* |

IT IS SO ORDERED this _____ day of _____, 2010.

_____
Chief Judge Gregory M. Sleet